```
United States Bankruptcy Court
Middle District of Pennsylvania
```

In re:                                                                              Case No. 18-04487-HWV
Delia Pabon                                                                         Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1      User: CGambini      Page 1 of 2      Date Rcvd: Apr 01, 2019
                      Form ID: ntcnfhrg      Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2019.

```
db             +Delia Pabon,    3057 Cape Horn Road,    Red Lion, PA 17356-9069
cr             +Nationstar Mortgage LLC d/b/a Mr. Cooper, et al,    8950 Cypress Waters Blvd,
                 Coppell, TX 75019-4620
5144384        +1St Financial Bank Usa,    Jefferson Capital Systems LLC Assignee,    Po Box 7999,
                 Saint Cloud Mn 56302-7999
5122792        +Affirm Inc,    Affirm Incorporated,    Po Box 720,    San Francisco, CA 94104-0720
5140432         American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
5122793        +Amex,   Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
5140430         Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
5122795        +Chase Card Services,    Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
5122796        +Citibank North America,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
                 St Louis, MO 63179-0034
5122810        +Eastern Revenue Inc,    Attn: Bankruptcy Dept.,    601 Dresher Rd. Suite 301,
                 Horsham, PA 19044-2277
5122811        +Fair Collections & Outsourcing,    Attn: Bankruptcy Dept,    12304 Baltimore Ave Suite E,
                 Bellsville, MD 20705-1314
5122815        +Mariner Finance,    8211 Town Center Dr,    Nottingham, MD 21236-5904
5147282        +Pacific Union Financial, LLC,    c/o McCabe, Weisberg & Conway, LLC,    Suite 1400,
                 123 South Broad Street,    Philadelphia, PA 19109-1060
5122829       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Financial Services,     Attn: Bankruptcy,    Po Box 8026,
                 Cedar Rapids, IA 52409)
5122828         Target,    Target Card Services,    Mail Stop NCB-0461,    Minneapolis, MN 55440
5140878        +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
5143816        +Varius Holdings, LLC,    PO BOX 1931,    Burlingame, CA 94011-1931
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
5122791        +E-mail/Text: bankruptcynotice@1fbusa.com Apr 01 2019 19:30:58     1st Financial Bank USA,
                 Attn: Bankruptcy,    Po Box 1200,    North Sioux City, SD 57049-1200
5122794        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 01 2019 19:33:02      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
5136921         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 01 2019 19:33:15
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
5122797         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 01 2019 19:30:52      Comenity Capital/Zales,
                 Attn: Bankrutpcy Dept,    Po Box 18215,    Columbus, OH 43218
5122798        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 01 2019 19:30:52      Comenitybank/wayfair,
                 Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
5122799        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 01 2019 19:30:53      Comenitycapital/tytard,
                 Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
5122800        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 01 2019 19:30:53      Comenitycb/truevalue,
                 Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
5122801        +E-mail/PDF: pa_dc_ed@navient.com Apr 01 2019 19:33:32      Dept of Ed / Navient,
                 Attn: Claims Dept,    Po Box 9635,    Wilkes Barr, PA 18773-9635
5125183         E-mail/Text: mrdiscen@discover.com Apr 01 2019 19:30:34      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
5122809        +E-mail/Text: mrdiscen@discover.com Apr 01 2019 19:30:34      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
5122812        +E-mail/Text: GenesisFS@ebn.phinsolutions.com Apr 01 2019 19:31:42      Genesis Bc/celtic Bank,
                 Attn: Bankruptcy,    268 South State Street Ste 300,    Salt Lake City, UT 84111-5314
5122813        +E-mail/Text: bncnotices@becket-lee.com Apr 01 2019 19:30:38      Kohls/Capital One,
                 Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
5130149         E-mail/PDF: resurgentbknotifications@resurgent.com Apr 01 2019 19:44:45
                 LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
                 FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5122814        +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 01 2019 19:33:35
                 LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,
                 Greenville, SC 29603-0497
5122816        +E-mail/Text: bankruptcydpt@mcmcg.com Apr 01 2019 19:31:03      Midland Funding,
                 2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
5134637        +E-mail/Text: bankruptcydpt@mcmcg.com Apr 01 2019 19:31:03      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
5149919         E-mail/PDF: pa_dc_ed@navient.com Apr 01 2019 19:33:34
                 Navient Solutions, LLC obo the dept of education,    Navient Solutions, LLC obo,
                 Department of Education Loan Services,    PO BOX 9635,    Wilkes-Barre, PA 18773-9635
5142479         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 01 2019 19:33:16
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5123351        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 01 2019 19:33:17
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5122819        +E-mail/Text: bankruptcy@loanpacific.com Apr 01 2019 19:31:35      Pacific Union Financial,
                 Attn: Bankruptcy,    1603 Lbj Freeway, Suite 500,    Farmers Branch, TX 75234-6071
5143709        +E-mail/Text: bankruptcy@loanpacific.com Apr 01 2019 19:31:35      Pacific Union Financial, LLC,
                 1603 LBJ Freeway, STE 500,    Farmers Branch, TX 75234-6071
```

```
District/off: 0314-1           User: CGambini              Page 2 of 2                  Date Rcvd: Apr 01, 2019
                               Form ID: ntcnfhrg           Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
5122820        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 01 2019 19:33:04
                 Portfolio Recovery,   Po Box 41021,   Norfolk, VA 23541-1021
5142702         E-mail/Text: bnc-quantum@quantum3group.com Apr 01 2019 19:30:56
                 Quantum3 Group LLC as agent for,   Comenity Capital Bank,   PO Box 788,
                 Kirkland, WA 98083-0788
5122826        +E-mail/PDF: gecsedi@recoverycorp.com Apr 01 2019 19:33:14    Synchrony Bank/ Old Navy,
                 Attn: Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
5122827        +E-mail/PDF: gecsedi@recoverycorp.com Apr 01 2019 19:33:00    Synchrony Bank/Sams,
                 Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
                                                                                              TOTAL: 25

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
5122802*       +Dept of Ed / Navient,   Attn: Claims Dept,   Po Box 9635,   Wilkes Barr, PA 18773-9635
5122803*       +Dept of Ed / Navient,   Attn: Claims Dept,   Po Box 9635,   Wilkes Barr, PA 18773-9635
5122804*       +Dept of Ed / Navient,   Attn: Claims Dept,   Po Box 9635,   Wilkes Barr, PA 18773-9635
5122805*       +Dept of Ed / Navient,   Attn: Claims Dept,   Po Box 9635,   Wilkes Barr, PA 18773-9635
5122806*       +Dept of Ed / Navient,   Attn: Claims Dept,   Po Box 9635,   Wilkes Barr, PA 18773-9635
5122807*       +Dept of Ed / Navient,   Attn: Claims Dept,   Po Box 9635,   Wilkes Barr, PA 18773-9635
5122808*       +Dept of Ed / Navient,   Attn: Claims Dept,   Po Box 9635,   Wilkes Barr, PA 18773-9635
5144740*       +Mariner Finance, LLC,   8211 Town Center Drive,   Nottingham, MD 21236-5904
5122817*       +Midland Funding,   2365 Northside Dr Ste 300,   San Diego, CA 92108-2709
5122818*       +Midland Funding,   2365 Northside Dr Ste 300,   San Diego, CA 92108-2709
5138061*       +Midland Funding LLC,    PO Box 2011,   Warren, MI 48090-2011
5143079*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541)
5144748*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541)
5122821*       +Portfolio Recovery,   Po Box 41021,   Norfolk, VA 23541-1021
5122822*       +Portfolio Recovery,   Po Box 41021,   Norfolk, VA 23541-1021
5122823*       +Portfolio Recovery,   Po Box 41021,   Norfolk, VA 23541-1021
5122824*       +Portfolio Recovery,   Po Box 41021,   Norfolk, VA 23541-1021
5122825*       +Portfolio Recovery,   Po Box 41021,   Norfolk, VA 23541-1021
5122830*      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,   Attn: Bankruptcy,   Po Box 8026,
                 Cedar Rapids, IA 52409)
5144058*       +Toyota Motor Credit Corporation,    PO Box 9013,   Addison, Texas 75001-9013
                                                                                           TOTALS: 0, * 21, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2019                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 1, 2019 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Francis Thomas Tarlecki    on behalf of Creditor    Pacific Union Financial, LLC
               ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com
              James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Kevin S Frankel    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper, et al
               pa-bk@logs.com
              Sean Patrick Quinlan    on behalf of Debtor 1 Delia  Pabon spqesq@hotmail.com,
               lesliebrown.paralegal@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                           TOTAL: 6
```

| UNITED STATES BANKRUPTCY COURT |
| --- |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

Delia Pabon,    Chapter    13

**Debtor 1**

Case No.    1:18–bk–04487–HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**May 1, 2019** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: May 8, 2019<br>Time: 09:30 AM |
| --- | --- |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CGambini, Deputy Clerk |
| --- | --- |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: April 1, 2019 |

ntcnfhrg (03/18)