LOCAL BANKRUPTCY FORM 5071-1
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE, DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Delia Pabon<br>    Debtor. | CHAPTER 13<br><br>BANKRUPTCY NO. 18-04487/HWV |
| Nationstar Mortgage LLC d/b/a Mr. Cooper<br>    Plaintiff(s)/Movant(s) | ADVERSARY NO. __ - ___ -ap- _____<br>**(If applicable)** |
| vs. | Nature of Proceeding:   Motion for Relief |
| Delia Pabon<br>    Debtor/Respondent | Pleading:  Motion for Relief<br><br>Document # 56 |

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance[2].
    Reason for the continuance.

    Additional time is needed to confirm if all payments have been made

    Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

                                        Respectfully submitted,


                                         /s/ Kristen D. Little
Dated: June 5, 2020                     BY:_____
                                        Kristen D. Little, Esquire
                                        Shapiro & DeNardo, LLC
                                        3600 Horizon Drive, Suite 150
                                        King of Prussia, PA 19406
                                        (610) 278-6800/ fax (847) 954-4809
S&D File #:19-061996                    PA BAR ID #79992
                                        klittle@logs.com
                                        pabk@logs.com