**LOCAL BANKRUPTCY FORM 9019-1**
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE, DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Delia Pabon<br>　　Debtor.<br><br>Nationstar Mortgage LLC d/b/a Mr. Cooper<br>　　Plaintiff(s)/Movant(s)<br><br>vs.<br><br>Delia Pabon<br>　　Debtor/Respondent | CHAPTER 13<br><br>BANKRUPTCY NO. 18-04487/HWV<br><br>ADVERSARY NO. __ - ___ -ap- _____<br>**(If applicable)**<br><br>Nature of Proceeding:　Motion for Relief<br><br>Pleading: Motion for Relief<br>Document # 56 |

# REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST*

CHECK ONE:

☒　The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☐　The undersigned counsel certifies as follows:

(1)　A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).

　　　☐　Thirty (30) days.

　　　☐　Forty-five (45) days.

　　　☐　Sixty (60) days.

(2)　If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3)　Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated:　__06/12/2020__　　　　　　　　BY:/s/ Kristen D. Little_____
　　　　　　　　　　　　　　　　　　　　　Kristen D. Little, Esquire
　　　　　　　　　　　　　　　　　　　　　Shapiro & DeNardo, LLC
　　　　　　　　　　　　　　　　　　　　　3600 Horizon Drive, Suite 150
　　　　　　　　　　　　　　　　　　　　　King of Prussia, PA 19406
　　　　　　　　　　　　　　　　　　　　　(610) 278-6800/ fax (847) 954-4809
S&D File #:19-061996　　　　　　　　　PA BAR ID #79992
　　　　　　　　　　　　　　　　　　　　　klittle@logs.com
　　　　　　　　　　　　　　　　　　　　　pabk@logs.com