# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Re:  Delia Pabon

                                                                Case No.: 1-18-04487HWV

                                                                             Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

**PART 1: MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | Nationstar |
| Court Claim Number: | 18 |
| Last Four of Loan Number: | 2898 |
| Property Address if applicable: | 3057 Cape Horn Rd |

**PART 2: CURE AMOUNT**

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $293.78 |
| b. | Prepetition arrearages paid by the trustee: | $293.78 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $293.78 |

**PART 3: POSTPETITION MORTGAGE PAYMENT**

Mortgage is/was paid directly by the debtor(s).

**PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated:  October 25, 2023

Respectfully submitted,

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
email:  info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re: Delia Pabon

Case No.: 1-18-04487HWV

Chapter 13

**Debtor(s)**

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on October 25, 2023 I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Sean P Quinlan, Esq
2331 Market St
Camp Hill PA 17011-7229

**Served by First Class Mail**
Nationstar Mtg, LLC
PO Box 619096
Dallas TX 75261-9741

Delia Pabon
3057 Cape Horn Rd
Red Lion PA 17356

I certify under penalty of perjury that the foregoing is true and correct.

Date: October 25, 2023

/s/ Liz Joyce
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 18-04487   DELIA PABON

**NATIONSTAR MORTGAGE LLC D/B/A MR COOPER**
PO BOX 619094

DALLAS, TX   75261-

**Acct No:** 2898/PRE ARREARS/3057 CAP
11/20 RELIEF ORDER

**Sequence:** 24
**Modify:**
**Filed Date:** 12/21/2018 12:00:00AM
**Hold Code:** M

| | | | | |
|---|---|---|---|---|
| Amt Sched: $153,408.00 | Debt: $293.78 | Interest Paid: $0.00 |
| Amt Due: $0.00 | Paid: $293.78 | Accrued Int: $0.00 |
| | | Balance Due: $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5200** | **NATIONSTAR MORTGAGE LLC D/B/A MR COOPER** | | | | | | | |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 08/07/2019 | 1206084 | $191.63 | $0.00 | $191.63 | 08/20/2019 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 07/11/2019 | 1204728 | $102.15 | $0.00 | $102.15 | 07/23/2019 |
| | | | | Sub-totals: | $293.78 | $0.00 | $293.78 | |
| | | | | Grand Total: | $293.78 | $0.00 | | |