In re:

Delia Pabon

    Debtor

Case No. 18-04487-HWV

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Dec 12, 2023 | Form ID: fnldecnd | Total Noticed: 46 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Delia Pabon, 3057 Cape Horn Road, Red Lion, PA 17356-9069 |
| 5122810 | + | Eastern Revenue Inc, Attn: Bankruptcy Dept., 601 Dresher Rd. Suite 301, Horsham, PA 19044-2238 |
| 5147282 | + | Pacific Union Financial, LLC, c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 12 2023 18:43:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, et al, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 5144384 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 12 2023 18:43:00 | 1St Financial Bank Usa, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 5122791 | + | Email/Text: bankruptcynotice@1fbusa.com | Dec 12 2023 18:43:00 | 1st Financial Bank USA, Attn: Bankruptcy, Po Box 1200, North Sioux City, SD 57049-1200 |
| 5122792 | + | Email/Text: backoffice@affirm.com | Dec 12 2023 18:43:00 | Affirm Inc, Affirm Incorporated, Po Box 720, San Francisco, CA 94104-0720 |
| 5140432 | | Email/PDF: bncnotices@becket-lee.com | Dec 12 2023 18:53:26 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5122793 | + | Email/PDF: bncnotices@becket-lee.com | Dec 12 2023 18:53:15 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 5122794 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 12 2023 18:42:35 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5136921 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 12 2023 18:42:34 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 5140430 | | Email/PDF: bncnotices@becket-lee.com | Dec 12 2023 18:53:15 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5122796 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 12 2023 18:53:05 | Citibank North America, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 5122797 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 12 2023 18:43:00 | Comenity Capital/Zales, Attn: Bankrutpcy Dept, Po Box 18215, Columbus, OH 43218 |
| 5122798 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 12 2023 18:43:00 | Comenitybank/wayfair, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5122799 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 12 2023 18:43:00 | Comenitycapital/tytard, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5122800 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 12 2023 18:43:00 | Comenitycb/truevalue, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |

| | | | |
|---|---|---|---|
| 5122801 | + Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Dec 12 2023 18:42:51 | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 5125183 | Email/Text: mrdiscen@discover.com | Dec 12 2023 18:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5122809 | + Email/Text: mrdiscen@discover.com | Dec 12 2023 18:43:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 5122811 | + Email/Text: bankruptcy@fco.com | Dec 12 2023 18:43:00 | Fair Collections & Outsourcing, Attn: Bankruptcy Dept, 12304 Baltimore Ave Suite E, Bellsville, MD 20705-1314 |
| 5122812 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 12 2023 18:43:00 | Genesis Bc/celtic Bank, Attn: Bankruptcy, 268 South State Street Ste 300, Salt Lake City, UT 84111-5314 |
| 5122795 | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 12 2023 18:53:01 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 5122813 | + Email/Text: PBNCNotifications@peritusservices.com | Dec 12 2023 18:43:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 5130149 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 12 2023 18:42:36 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5122814 | + Email/PDF: resurgentbknotifications@resurgent.com | Dec 12 2023 18:42:51 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5122815 | + Email/Text: bankruptcy@marinerfinance.com | Dec 12 2023 18:43:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5122816 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 12 2023 18:43:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 5134637 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 12 2023 18:43:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5181609 | + Email/Text: nsm_bk_notices@mrcooper.com | Dec 12 2023 18:43:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9741, Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 5181608 | + Email/Text: nsm_bk_notices@mrcooper.com | Dec 12 2023 18:43:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 5149919 | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Dec 12 2023 18:53:26 | Navient Solutions, LLC obo the dept of education, Navient Solutions, LLC obo, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 5142479 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 12 2023 18:42:35 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5123351 | + Email/PDF: rmscedi@recoverycorp.com | Dec 12 2023 18:53:01 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5122819 | + Email/Text: nsm_bk_notices@mrcooper.com | Dec 12 2023 18:43:00 | Pacific Union Financial, Attn: Bankruptcy, 1603 Lbj Freeway, Suite 500, Farmers Branch, TX 75234-6071 |
| 5143709 | + Email/Text: nsm_bk_notices@mrcooper.com | Dec 12 2023 18:43:00 | Pacific Union Financial, LLC, 1603 LBJ Freeway, STE 500, Farmers Branch, TX 75234-6071 |
| 5122820 | + Email/PDF: rmscedi@recoverycorp.com | Dec 12 2023 18:42:51 | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 5142702 | Email/Text: bnc-quantum@quantum3group.com | Dec 12 2023 18:43:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5122826 | + Email/PDF: ais.sync.ebn@aisinfo.com | Dec 12 2023 18:53:01 | Synchrony Bank/ Old Navy, Attn: Bankruptcy |

|  |  |  |  |
|---|---|---|---|
|  |  |  | Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5122827 | + Email/PDF: ais.sync.ebn@aisinfo.com | Dec 12 2023 18:42:13 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5122828 | Email/Text: bncmail@w-legal.com | Dec 12 2023 18:43:00 | Target, Target Card Services, Mail Stop NCB-0461, Minneapolis, MN 55440 |
| 5122829 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | Dec 12 2023 18:43:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 5140878 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Dec 12 2023 18:43:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5211818 | Email/PDF: bncnotices@becket-lee.com | Dec 12 2023 18:53:26 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5305016 | Email/PDF: bncnotices@becket-lee.com | Dec 12 2023 18:53:26 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 5143816 | + Email/Text: documentfiling@lciinc.com | Dec 12 2023 18:43:00 | Varius Holdings, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 43

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | * | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |
| 5122802 | *+ | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 5122803 | *+ | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 5122804 | *+ | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 5122805 | *+ | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 5122806 | *+ | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 5122807 | *+ | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 5122808 | *+ | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 5144740 | *+ | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5122817 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 5122818 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 5138061 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5143079 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5144748 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5122821 | *+ | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 5122822 | *+ | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 5122823 | *+ | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 5122824 | *+ | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 5122825 | *+ | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 5122830 | *+ | Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 5144058 | *+ | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 22 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2023         Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher A DeNardo | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper  et al logsecf@logs.com, cistewart@logs.com |
| Francis Thomas Tarlecki | on behalf of Creditor Pacific Union Financial  LLC ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| Kevin S Frankel | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper  et al pa-bk@logs.com |
| Kristen D Little | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper  et al KRLITTLE@FIRSTAM.COM |
| Leslie J Rase | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper  et al pabk@logs.com |
| Sean Patrick Quinlan | on behalf of Debtor 1 Delia Pabon spqesq@gmail.com  spqesq@gmail.com,outsourcedparalegal@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Delia Pabon,                                    Chapter        13

**Debtor 1**

                                                Case No.       1:18−bk−04487−HWV


Social Security No.:
                        xxx−xx−3030
Employer's Tax I.D. No.:


# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

### Jack N Zaharopoulos

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Delia Pabon** in accordance with §1328 of the Bankruptcy Code.


By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated:  December 12, 2023

**fnldec** (01/22)