Certificate Number: 05781-PAM-DE-038188118

Bankruptcy Case Number: 18-04487


05781-PAM-DE-038188118

# C<span/>ERTIFICATE O<span/>F D<span/>EBTOR E<span/>DUCATION

I CERTIFY that on February 14, 2024, at 6:45 o'clock PM PST, Delia Pabon completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: February 14, 2024      By: /s/Allison M Geving

Name: Allison M Geving

Title: President