In re:  Case No. 18-04487-HWV

Delia Pabon  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 4
Date Rcvd: Mar 07, 2024     Form ID: pdf010     Total Noticed: 46

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Delia Pabon, 3057 Cape Horn Road, Red Lion, PA 17356-9069 |
| 5122810 | + | Eastern Revenue Inc, Attn: Bankruptcy Dept., 601 Dresher Rd. Suite 301, Horsham, PA 19044-2238 |
| 5147282 | + | Pacific Union Financial, LLC, c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 07 2024 18:46:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, et al, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 5144384 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 07 2024 18:46:00 | 1St Financial Bank Usa, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 5122791 | + | Email/Text: bankruptcynotice@1fbusa.com | Mar 07 2024 18:46:00 | 1st Financial Bank USA, Attn: Bankruptcy, Po Box 1200, North Sioux City, SD 57049-1200 |
| 5122792 | + | Email/Text: backoffice@affirm.com | Mar 07 2024 18:46:00 | Affirm Inc, Affirm Incorporated, Po Box 720, San Francisco, CA 94104-0720 |
| 5140432 | | Email/PDF: bncnotices@becket-lee.com | Mar 07 2024 19:08:57 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5122793 | + | Email/PDF: bncnotices@becket-lee.com | Mar 07 2024 19:09:01 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 5122794 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 07 2024 19:08:34 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5136921 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 07 2024 19:08:58 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 5140430 | | Email/PDF: bncnotices@becket-lee.com | Mar 07 2024 19:07:29 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5122796 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 07 2024 19:08:34 | Citibank North America, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 5122797 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 07 2024 18:46:00 | Comenity Capital/Zales, Attn: Bankrutptcy Dept, Po Box 18215, Columbus, OH 43218 |
| 5122798 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 07 2024 18:46:00 | Comenitybank/wayfair, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5122799 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 07 2024 18:46:00 | Comenitycapital/tytard, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5122800 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 07 2024 18:46:00 | Comenitycb/truevalue, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |

| ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5122801 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com  Mar 07 2024 18:55:32 | | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 5125183 | | Email/Text: mrdiscen@discover.com  Mar 07 2024 18:45:00 | | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5122809 | + | Email/Text: mrdiscen@discover.com  Mar 07 2024 18:45:00 | | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 5122811 | + | Email/Text: bankruptcy@fco.com  Mar 07 2024 18:46:00 | | Fair Collections & Outsourcing, Attn: Bankruptcy Dept, 12304 Baltimore Ave Suite E, Bellsville, MD 20705-1314 |
| 5122812 | + | Email/Text: GenesisFS@ebn.phinsolutions.com  Mar 07 2024 18:46:00 | | Genesis Bc/celtic Bank, Attn: Bankruptcy, 268 South State Street Ste 300, Salt Lake City, UT 84111-5314 |
| 5122795 | | Email/PDF: ais.chase.ebn@aisinfo.com  Mar 07 2024 19:08:55 | | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 5122813 | + | Email/Text: PBNCNotifications@peritusservices.com  Mar 07 2024 18:45:00 | | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 5130149 | | Email/PDF: resurgentbknotifications@resurgent.com  Mar 07 2024 18:55:36 | | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5122814 | + | Email/PDF: resurgentbknotifications@resurgent.com  Mar 07 2024 19:07:40 | | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5122815 | + | Email/Text: bankruptcy@marinerfinance.com  Mar 07 2024 18:46:00 | | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5122816 | + | Email/Text: bankruptcydpt@mcmcg.com  Mar 07 2024 18:46:00 | | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 5134637 | + | Email/Text: bankruptcydpt@mcmcg.com  Mar 07 2024 18:46:00 | | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5181609 | + | Email/Text: nsm_bk_notices@mrcooper.com  Mar 07 2024 18:46:00 | | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9741, Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 5181608 | + | Email/Text: nsm_bk_notices@mrcooper.com  Mar 07 2024 18:46:00 | | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 5149919 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com  Mar 07 2024 19:08:34 | | Navient Solutions, LLC obo the dept of education, Navient Solutions, LLC obo, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 5142479 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com  Mar 07 2024 18:55:37 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5123351 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com  Mar 07 2024 19:07:17 | | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5122819 | + | Email/Text: nsm_bk_notices@mrcooper.com  Mar 07 2024 18:46:00 | | Pacific Union Financial, Attn: Bankruptcy, 1603 Lbj Freeway, Suite 500, Farmers Branch, TX 75234-6071 |
| 5143709 | + | Email/Text: nsm_bk_notices@mrcooper.com  Mar 07 2024 18:46:00 | | Pacific Union Financial, LLC, 1603 LBJ Freeway, STE 500, Farmers Branch, TX 75234-6071 |
| 5122820 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com  Mar 07 2024 18:55:32 | | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 5142702 | | Email/Text: bnc-quantum@quantum3group.com  Mar 07 2024 18:46:00 | | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5122826 | + | Email/PDF: ais.sync.ebn@aisinfo.com  Mar 07 2024 19:09:11 | | Synchrony Bank/ Old Navy, Attn: Bankruptcy |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5122827 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 07 2024 18:55:37 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5122828 | | Email/Text: bncmail@w-legal.com | Mar 07 2024 18:46:00 | Target, Target Card Services, Mail Stop NCB-0461, Minneapolis, MN 55440 |
| 5122829 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Mar 07 2024 18:46:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 5140878 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Mar 07 2024 18:45:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5211818 | | Email/PDF: bncnotices@becket-lee.com | Mar 07 2024 19:07:35 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5305016 | | Email/PDF: bncnotices@becket-lee.com | Mar 07 2024 19:19:45 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 5143816 | + | Email/Text: documentfiling@lciinc.com | Mar 07 2024 18:45:00 | Varius Holdings, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 43

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | * | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |
| 5122802 | *+ | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 5122803 | *+ | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 5122804 | *+ | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 5122805 | *+ | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 5122806 | *+ | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 5122807 | *+ | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 5122808 | *+ | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 5144740 | *+ | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5122817 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 5122818 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 5138061 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5143079 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5144748 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5122821 | *+ | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 5122822 | *+ | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 5122823 | *+ | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 5122824 | *+ | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 5122825 | *+ | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 5122830 | *+ | Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 5144058 | *+ | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 22 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 09, 2024        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher A DeNardo | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper et al logsecf@logs.com, cistewart@logs.com |
| Francis Thomas Tarlecki | on behalf of Creditor Pacific Union Financial  LLC ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| Kevin S Frankel | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper et al pa-bk@logs.com |
| Kristen D Little | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper et al KRLITTLE@FIRSTAM.COM |
| Leslie J Rase | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper et al pabk@logs.com |
| Sean Patrick Quinlan | on behalf of Debtor 1 Delia Pabon spqesq@gmail.com spqesq@gmail.com,outsourcedparalegal@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Delia Pabon | : | CASE NO. 1:18-bk-04487-HWV |
| | : | |
| Debtors | : | |
| | : | |

### ORDER

Upon consideration of the Debtor's Motion to Reopen a Closed Case, Doc. 76, it is

**ORDERED** that the Motion is **GRANTED** and the above-captioned case is reopened for the limited purpose of allowing the Debtor to comply with the requirement of filing the Financial Management Certificate. Such Certificate, to the extent not already filed, shall be filed within 14 days or the case may be reclosed without further notice and without entry of a discharge.

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: March 7, 2024